IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| MELVIN ANTONIO VALLADARES FLORES<br><br>*Petitioner*<br><br>VS.<br><br>ALEXANDER SÁNCHEZ, in his official capacity as Warden of the IAH Secure Adult Detention Facility; BRET BRADFORD, in his official capacity as Field Office Director of ICE Enforcement and Removal Operations Houston Field Office; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; and PAM BONDI, in her official capacity as Attorney General of the United States<br><br>*Respondents* | CIVIL ACTION NO. 9:25-CV-00307<br>JUDGE MICHAEL J. TRUNCALE |

## **ORDER**

On November 13, 2025, Petitioner filed his Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief in the Southern District of Texas, Houston Division. [Dkt. 1]. On November 14, 2025, this case was transferred to the present Court. [Dkt. 3]. That same day, the Clerk notified Petitioner's counsel, Matthew Mendez, that he is not admitted to practice in the Eastern District of Texas and forwarded instructions to remedy that issue.

Accordingly, it is **ORDERED** that Petitioner's counsel, Matthew Mendez, shall have until **December 5, 2025** to become admitted to practice before this Court. Failure to do so by the date ordered will result in this matter being set for a Status Conference before the Court.

The Clerk is **INSTRUCTED** to forward a copy of this Order via Regular Mail and Email to counsel as follows:

Matthew Mendez
Mendez Law Office, PLLC
6300 Gulfton St.
Houston, Texas 77081
Email: matt@mendezlawoffice.com

**SIGNED this 17th day of November, 2025.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge