IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| **MELVIN ANTONIO VALLADARES,** | § |
| *Petitioner*, | § |
| v. | § CIVIL ACTION NO. 9:25-CV-00307-MJT |
| **ALEXANDER SANCHEZ, BRET BRADFORD, KRISTI NOEM, PAM BONDI,** | § |
| *Respondents*. | § |

## SHOW CAUSE ORDER

This cause has been referred to this United States magistrate judge pursuant to 28 U.S.C. § 636. The undersigned has reviewed the Petition and is of the opinion that Petitioner states one or more factual allegations which, if true, may state a cause of action under 28 U.S.C. § 2241. It is therefore

ORDERED that the Clerk of Court shall issue process electronically and the Respondents shall respond to the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2243 by November 26, 2025, and show cause why relief prayed for should not be granted..

**SIGNED this the 20th day of November, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE